

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 2-10-042-CV

IN THE INTEREST OF K.D.H., A CHILD

------------

FROM THE 323RD DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On April 15, 2010, we notified Appellant that her brief had not been filed as required by Texas Rule of Appellate Procedure 38.6(a). *See* Tex. R. App. P. 38.6(a). We stated we could dismiss the appeal for want of prosecution unless Appellant or any party desiring to continue this appeal filed with the court within ten days a response showing grounds for continuing the appeal. *See* Tex. R. App. P. 42.3. No response having been received, on May 11, 2010, we abated this appeal and remanded the case to the trial court to conduct a hearing to determine whether Appellant desires to continue this appeal and appoint new appellate counsel if

------------

[1] *See* Tex. R. App. P. 47.4.

necessary. On June 14, 2010, we received a supplemental clerk's record, and on June 15, 2010, we received the reporter's record from the abatement hearing conducted pursuant to our May 11, 2010 abatement order. The supplemental clerk's record and the reporter's record confirm that Appellant has decided not to further pursue this appeal.

Because Appellant's brief has not been filed and the appellate record confirms that Appellant has decided not to further pursue this appeal, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a), 42.3(b), 43.2(f).

PER CURIAM

PANEL: GARDNER, WALKER, and MCCOY, JJ.

DELIVERED: June 24, 2010